977 F.2d 568
 Halderman (Terri Lee), By Halderman (Winifred), Taylor
(Larry), By Taylor (Elmer, Doris, Kenny), Sobetsky (Robert,
Frank, Angela, Theresa), Bowman (Nancy Beth, Horace, Mr.,
Ms.), Taub (Linda, Allen, Mr., Mrs.), Sorotos (George),
Caranfa (William, Marion), Parents and Family Assoc. of
Pennhurst, PA Assoc. for Retarded Citizen, Moskowitz (Jo
Suzanne, Leonard, Nancy), Hight (Robert, John, Jeanne),
Preusch (David, Calvin, Elizabeth), DiNolfi (Charles), U.S.
v.
Pennhurst State
 NO. 92-1186
 United States Court of Appeals,
Third Circuit.
 Sept 11, 1992
 Appeal From: E.D.Pa., 784
 F.Supp. 215
 
 1
 AFFIRMED.